# UNITED STATES DISTRICT COURT

for the
### Eastern District of Kentucky
### Covington Division

| | | |
|---|---|---|
| Mercy Renaker | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| Portfolio Recovery Associates, LLC | ) | |
| *Defendant* | ) | |
| Serve: | ) | |
| Corporation Service Company | ) | |
| 2711 Centerville Road | ) | |
| Suite 400 | ) | |
| Wilmington, DE 19808 | ) | |
| | ) | |

## COMPLAINT and DEMAND FOR JURY TRIAL

## INTRODUCTION

1.      This is an action by a consumer seeking damages and declaratory relief for Defendant's violations of the Fair Debt Collections Practices Act ("FDCPA"), 15 U.S.C. §§1692 *et seq.,* which prohibits debt collectors from engaging in abusive, deceptive, and unfair collection practices. Defendant Portfolio Recovery Associates, LLC ("PRA") violated the FDCPA by attempting to collect a debt from Plaintiff Mercy Renaker that she does not owe and by harassing her over the phone and by deeply embarrassing her by phoning her sister in law in attempt to collect a debt from her. PRA's actions have caused Ms. Renaker great and severe emotional distress and have put a terrible strain on her marriage. These and other acts by PRA violate the FDCPA.

## PARTIES

2.      Plaintiff Mercy Renaker is a citizen of the United States of America and of the Commonwealth of Kentucky residing in Boone County, Kentucky.

3.      Defendant Portfolio Recovery Associates, LLC ("PRA") is a limited liability company, the principal purpose of whose business is the collection of debts, operating a debt collection agency with its principal place of business located at 120 Corporate Blvd., Norfolk, VA 23502.

4.      PRA regularly collects or attempts to collect debts owed or due or asserted to be owed or due another, and are each "debt collectors" within the meaning of the FDCPA, as defined at 15 U.S.C. § 1692a(6).

## FACTS

5.     Ms. Renaker is and was at all times mentioned herein a "consumer" as defined by 15 U.S.C. § 1692a(3).

6.     Ms. Renaker applied for and received a JC Penney credit card issued by GE Capital Retail Bank.

7.     Ms. Renaker used her JC Penney credit card for personal, family, or household purposes.

8.     PRA filed suit against Ms. Renaker in Boone District Court on March 15, 2013 in Case No. 13-C-00733. (A copy of the Complaint is attached as Exhibit "A").

7.     PRA's complaint alleges that Ms. Renaker owed PRA $788.37.

8.     Ms. Renaker paid the full amount of the JC Penney credit card before it allegedly went into default and before the debt was sold to PRA.

9.     On March 20, 2013, Ms. Renaker's husband called PRA to dispute the debt.

10.     Mr. Renaker spoke with an employee, representative, or agent of PRA ("PRA Employee") concerning his wife's alleged debt who spoke with Mr. Renaker on PRA's behalf.

11.     The PRA Employee told Mr. Renaker that the current amount due was substantially more than the amount demanded in PRA's complaint.

12.     When Mr. Renaker asked why PRA was now demanding so much more than was demanded in PRA's complaint, the PRA Employee told him that his wife owed additional amounts for interest, attorney's fees and court costs that were not included in PRA's complaint.

13.     Mr. Renaker asked the PRA Employee how PRA had obtained his cell phone number.

14.     The PRA Employee told Mr. Renaker that PRA had called a number belonging to Mr. Renaker's sister in attempt to find Ms. Renaker.

15.     Mr. Renaker's sister has a serious medical condition.

16.     PRA's calls to Mr. Renaker's sister greatly disturbed his sister, and in turn caused a great deal of discord between Ms. Renaker and her husband.

17.     After filing suit against Ms. Renaker, and after receiving the Answer to the lawsuit filed by undersigned counsel, PRA continued to call and harass Ms. Renaker.

18.     PRA's repeated and insistent attempts to collect the JC Penney credit card debt from her have caused Ms. Renaker a great amount of emotional and physical distress.

## CLAIMS FOR RELIEF

### Violations of the Fair Debt Collection Practices Act

19.     The above-described actions by PRA constitute violations of the Fair Debt Collection Practices Act.

20.     Defendant Portfolio Recovery Associates, LLC's violations of the FDCPA include, but are not limited to, the following:

    **a.**     Violation of 15 U.S.C. § 1692c(a)(2):  PRA communicated directly with Ms. Renaker by phone after it was on clear and plain notice that Ms. Renaker was represented by counsel with respect to the JC Penney credit-card debt;

    **b.**     Violation of 15 U.S.C. § 1692c(b):  PRA phoned Ms. Renaker's sister in law in attempt to collect a debt from Ms. Renaker, which constitutes unlawful contact with third parties;

    **c.**     Violation of 15 U.S.C. §1692e(2)(A): PRA falsely represented that Ms. Renaker owed additional fees and interest in addition to the balance owed on the principal amount of the debt as alleged in PRA's state-court complaint;

    **d.**     Violation of 15 U.S.C. §1692e(5):  PRA attempted to collect interest and fees from Ms. Renaker that it had no legal right to collect, and thereby threatening to take an action that cannot be legally taken ; and

    **e.**     Violation of 15 U.S.C. §1692f(1):  PRA attempting to collect a debt that is not authorized by agreement or permitted by law, including but not limited to, adding interest, fees, and costs to Ms. Renaker's debt that PRA had neither a contractual nor statutory right to collect.

WHEREFORE, Plaintiff requests that the Court grant the following relief in her favor and against Defendant, Portfolio Recovery Associates, LLC:

1.     Award Plaintiff the maximum amount of statutory damages provided under 15 U.S.C. §1692k;

2.     Award Plaintiff actual damages.

3.     Attorney's fees, litigation expenses and costs;

4.     A trial by jury; and

3.     Such other and further relief as is appropriate.

Respectfully submitted,


/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
4055 Shelbyville Road
Suite B
Louisville, KY 40207
Tel:     (502) 473-6525
Fax:     (502) 473-6561
james@kyclc.com